JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:            (808) 541-2958
E-Mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 28, 2021, 2:39 pm
Michelle Rynne, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **21-00059 LEK** |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. §1001(a)(2)] |
| CHARLES FOWLER, | |
| Defendant. | |

INFORMATION

The U.S. Attorney charges:

<u>False Statements</u>
(18 U.S.C. § 1001(a)(2))

In or about May 2020, in the District of Hawaii and elsewhere, the defendant, CHARLES FOWLER, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Army Criminal Investigation Command ("ARMY-CID"), those being: on or about July 7, 2020, FOWLER made the following materially false statements to federal law enforcement officers during the course of an active investigation into government contracts issued to Company A, knowing that the statements were false when made, including: That, while working for a government contractor, he had never provided a Performance Work Statement or Request for Proposal to Franklin Raby, a government contracting officer.

//

//

//

//

//

//

//

All in violation of Title 18 United States Code, Section 1001(a)(2).

DATED: April 28, 2021, at Honolulu, Hawaii.

*[signature]*

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

*[signature]*

MARC A. WALLENSTEIN
Assistant United States Attorney

United States v. Charles Fowler
Information
Cr. No. **21-00059 LEK**

3